# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orland Sylve,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Best Buy Stores, L.P., a Virginia Limited Partnership; Minnesota BBC Inc.; and Does 1-10,<br><br>　　　　Defendants. | Case No. 2:18-cv-10585-RGK (JPRx)<br>Assigned to Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: December 21, 2018<br>Trial Date:　　　None Set |

BES04-06:Stip for Dismissal-Proposed Order.DOCX:3-5-19　　- 1 -　　Case No. 2:18-cv-10585-RGK (JPRx)
[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The above-referenced action be DISMISSED in its entirety and with prejudice as to each and all of Plaintiff Orland Sylve's claims and causes of action as alleged in the above-referenced action.

2. The parties to this Stipulation are to bear their respective costs and attorneys' fees as against each other.

**IT IS SO ORDERED.**

Dated: March 05, 2019

*[signature: Gary Klausner]*

Hon. R. Gary Klausner
United States District Judge